In the Matter of RAY SALES Co., INC., Respondent. CELKA STORE FIXTURE Co., INC., Appellant.

Argued October 10, 1952; decided October 24, 1952.

*Murray Zeiger* for appellant.
*David Haar* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.